UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ERVIN JOSEPH LAMIE,                               Case No. 19-cv-00110

    Plaintiff,                                          HON. PAUL L. MALONEY

v.

JOHN M. WIEWIORA, DIANE CROSBY,
Jointly and Severally,

    Defendants.
_____

| | |
|---|---|
| Ervin Joseph Lamie | Allan C. Vander Laan (P33893) |
| Plaintiff In Pro Per | Bradley C. Yanalunas (P80528) |
| 417 Jackson Ave. | Cummings, McClorey, Davis & Acho |
| Muskegon MI  49442 | Attorneys for Defendants |
| | 2851 Charlevoix Dr., S.E. - Suite 327 |
| | Grand Rapids MI  49546 |
| | 616-975-7470 |
| | avanderlaan@cmda-law.com |
| | byanalunas@cmda-law.com |

_____

**REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION BY DEFENDANTS DIANE CROSBY AND JOHN WIEWIORA SEEKING DISMISSAL UNDER FED. R. CIV. P. 12(b)(6)**

## **TABLE OF CONTENTS**

Index of Authorities……………………………………………………………………..…iii

Questions Presented……………………………………………………………… iv

Argument………………………………………………………………………………1

Conclusion and Relief Requested………………………………………………..…………1

# **INDEX OF AUTHORITIES**

**Rules**

Fed. R. Civ. P. 12(b)(6) ................................................................................................ 1

## **QUESTIONS PRESENTED**

I. IS PLAINTIFF'S ALLEGATION THAT MAGISTRATE WIEWORA WALKED TO THE JUDGE'S CHAMBERS AND DELIVERED THE BENCH WARRANT TO BE SIGNED A JUDICIAL ACTION COVERED BY ABSOLUTE JUDICIAL IMMUNITY?

Plaintiff LaMie answers "no."

Defendants answer "yes."

## ARGUMENT IN REPLY

Plaintiff Lamie claims he did not receive documentation of Magistrate Wiewiora's Oath of Office; therefore, the Magistrate is not entitled to immunity. Plaintiff Lamie's assertion is without factual, evidential, or legal support.

Magistrate Wiewiora was appointed on February 23, 1998 pursuant to Administrative Order 98-01. **(Exhibit 1)** Magistrate Wiewiora swore his Oath of Office before Chief Judge Richard J. Pasarela on March 3, 1998. **(Exhibit 2)**. Because Plaintiff Lamie's response is meritless and countered with direct evidence, Magistrate Wiewiora is entitled to absolute judicial immunity as to all of Plaintiff's claims.

## CONCLUSION AND RELIEF REQUESTED

For the reasons set forth above, Plaintiff Lamie's allegation that Magistrate Wiewiora personally delivererd the bench warrant to the judge for signature must be dismissed because it is a judicial action which is cloaked in absolute judicial immunity. Therefore, Defendants ask this Court to grant their motion seeking dismissal under Fed. R. Civ. P. 12(b)(6).

    Respectfully submitted,

    CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
    By: /s/ Allan C. Vander Laan
    Allan C. Vander Laan (P33893)
    Bradley C. Yanalunas (P80528)
    Attorneys for Defendants Wiewiora and Crosby
    2851 Charlevoix Dr., S.E. - Suite 327
    Grand Rapids MI  49546
    616-975-7470

Dated:  May 31, 2019