UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 6, 2019 3:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_ mkc  SCANNED BY

ERVIN JOSEPH LAMIE,

Plaintiff,

v.

JOHN M. WIEWIORA, DIANE CROSBY,
Jointly and Severally,

Defendants.

Case No. 19-cv-00110

HON. PAUL L. MALONEY

| Ervin Joseph Lamie<br>Plaintiff In Pro Per 417<br>Jackson Ave.<br>Muskegon MI 49442 | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI 49546 616-975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |
|---|---|

### AFFIDAVIT

Ervin Joseph LaMie, states under penalty of perjury the following to be true to the best of his knowledge and belief:

1. Affiant states that the affidavit supporting the warrant was falsified in that the Defendant in that case was present for the hearing.

2. Affiant states that the Magistrate Wiewiora had full knowledge of the falsified affidavit for he walked it to the Judge for signing of a warrant.

3. Affiant states by the act of assisting in a falsified affidavit for an arrest warrant the Magistrate Wiewiora violated the United States constitution 4th Amendment and the Michigan Constitution.

4. Further Affiant saith not.

Date: 6/6/2019

_____
Ervin Joseph LaMie Affiant