# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:19-cv-00110-PLM | 7/12/2019 | 9:56 - 10:11 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Lamie v. Wiewiora et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Pro Per | Plaintiff |
| Allan C. Vander Laan | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Continued Motion Hearing held regarding ECF No. 5; R&R to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema