UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERVIN LAMIE, )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>JOHN WIEWIORA and DIANE CROSBY, )<br>    Defendants. )<br>) | No. 1:19-cv-110<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 30), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 6, 2020             /s/ Paul L. Maloney

                        Paul L. Maloney
                        United States District Judge